# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142176

BRENDA MERKEL and LINCOLN
EDUCATION ASSOCIATES
ORGANIZATION, MEA/NEA,
           Plaintiffs/Cross-
           Defendants-Appellants,

v

LINCOLN CONSOLIDATED SCHOOLS
and LINCOLN CONSOLIDATED
SCHOOLS BOARD OF EDUCATION,
           Defendants/Cross-
           Plaintiffs-Appellees.

SC: 142176
COA: 292795
Washtenaw CC: 09-000183-CL

_____/

        On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

d0418

_____
Clerk